# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 5, 2015

Clerk
Court of Appeals of Texas, Twelfth District
1517 W. Front Street
Suite 354
Tyler, TX 75702



FILED IN COURT OF APPEALS
12th Court of Appeals District

OCT 09 2015

TYLER, TEXAS
PAM ESTES, CLERK

Re:   Carole Ann Wallace
      v. Barbara Louise Hernandez
      No. 15-217
      (Your No. 12-14-00343-CV)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk